Motion Granted; Appeal Dismissed and Memorandum
Opinion filed July 15, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00174-CV

____________

 

CITY OF HOUSTON, Appellant

 

V.

 

GIL COSTAS, DVM, Appellee

 



 

On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2009-55767

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 31, 2010.  On July 6, 2010, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan, and
Christopher.